UNITED STATES DISTRICT COURT
Southern District of New York

---

UNITED STATES OF AMERICA     Plaintiff,

- against-

DIANE SCHINDELWIG     Defendant,

S1 08 CR. 154(WHP)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

---

PURSANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anastasios Sarikas, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

> Applicant's Name: Paul A. Bogosian
> Firm Name: Attorney At Law
> Address: 210 Rock Street
> City/State/Zip: Fall River, MA  02720
> Phone Number: 508-837-6791
> Fax Number: 508-837-6792

Paul A. Bogosian is a member in good standing of the Bar of the Commonwealth of Massachusetts.

---

There are no pending disciplinary proceeding against Paul A. Bogosian in any State or Federal court.

Dated: April 24th, 2008
City, State: Astoria, NY

Respectfully submitted,

_____
Sponsor:    Anastasios Sarikas (AS2631)
Firm Name:   Attorney At Law
Address:   23-09 31st Street
City/State/Zip: Astoria, NY  11105
Phone Number: 718-545-8866
Fax Number: 718-956-0218

UNITED STATES DISTRICT
Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | Plaintiff, | S1 08 CR. 154(WHP) |
| - against - | | **AFFIDAVIT OF ANASTASIOS SARIKAS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| DIANE SCHINDELWIG | Defendant. | |

State of New York  )
                  ) ss:
County of         )

Anastasios Sarikas, being duly sworn, hereby deposes and says as follows:

1. I am a member in good standing of the bar of the **State of New York**, and was admitted to practice law in 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

2. I came to know Mr. Bogosian as a lawyer through Mr. Barone. I am informed that Mr. Bogosian's skills in deciphering and analyzing the Federal Rules of Criminal Procedure, Federal Decisional Law and Federal Sentencing Guidelines are extremely strong and he and Mr. Barone have successfully worked together representing clients in state and federal criminal proceedings on a number of occasions.

4. Paul A. Bogosion is a sole practitioner at 210 Rock Street in Fall River, MA 02720.

5. I have found Paul A. Bogosian to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Criminal Procedure. Mr. Bogosian's Certificate of Good Standing from the Supreme Judicial Court of the Commonwealth of Massachusetts accompanies this pro hac vice package.

6. Accordingly, I am pleased to move the admission of Paul A. Bogosian, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Paul A. Bogosian, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Paul A. Bogosian, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: April 24, 2008
City, State: Astoria, NY
Notarized:

Respectfully submitted,

Anastasios Sarikas (AS2631)

UNITED STATES DISTRICT COURT
Southern District of New York

---

UNITED STATES OF AMERICA   Plaintiff,

- against-

DIANE SCHINDELWIG            Defendant,

S1 08 CR. 154(WHP)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

---

Upon the motion of Paul A. Bogosian, attorney for Diane Schindelwig, and said sponsor attorney's affidavit in support;

    Applicant's Name: Paul A. Bogosian

    Firm Name: Attorney At Law

    Address: 210 Rock Street

    City/State/Zip: Fall River, MA 02720

    Phone Number: 508-837-6791

    Fax Number: 508-837-6792

is admitted to practice pro hac vice as counsel for Diane Schindelwig in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for and ECT password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

 

_____
United States District/Magistrate Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1992**, said Court being the highest Court of Record in said Commonwealth:

**Paul Alan Bogosian**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifteenth** day of **April** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
UNITED STATES OF AMERICA,

      -against-                                S1 08 CR 154 (WHP)

DIANE SHINDELWIG,                AFFIDAVIT OF SERVICE BY MAIL
                    Defendant.
---------------------------------------------------x

State of New York)
County of Queens )ss.

ANASTASIOS SARIKAS, being duly sworn, deposes and states the following:

1. I am over the age of eighteen (18) and reside at 23-09 31st Street, Astoria, New York 11105.
2. I am not a party to this action.
3. On April 25th 2008, I mailed by express overnight mail (Fed Ex), full and complete copies of motions for admission pro hac vice in this matter, for attorneys Theodore A. Barone and Paul A. Bagosian, to the Office of the United States Attorney for the Southern District of New York, located at One St. Andrews Plaza, New York, New York 10007.

ANASTASIOS SARIKAS

Subscribed and Sworn to Before Me This 25th Day of April 2008.

Notary Public

JENNIFER AMARO
Notary Public, State of New York
No. 01AM6115550
Qualified in Queens County
Commission Expires September 7, 2008