UNITED STATES DISTRICT COURT
Southern District of New York

---

UNITED STATES OF AMERICA    Plaintiff,

- against-

DIANE SCHINDELWIG            Defendant,

S1 08 CR. 154(WHP)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

PURSANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Anastasios Sarikas, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

> Applicant's Name: Theodore A. Barone
> Firm Name: BARONE LAW OFFICES
> Address: 130 Liberty Street, Unit 2B
> City/State/Zip: Brockton, MA 02301
> Phone Number: 508-584-0411
> Fax Number: 508-584-2822

Theodore A. Barone is a member in good standing of the Bar of the Commonwealth of Massachusetts.

---

There are no pending disciplinary proceeding against Theodore A. Barone in any State or Federal court.

Dated: April 24th, 2008
City, State: Astoria, NY

Respectfully submitted,

_____
Sponsor:    Anastasios Sarikas (AS2631)
Firm Name:  Attorney At Law
Address: 23-09 31st Street
City/State/Zip: Astoria, NY 11105
Phone Number: 718-545-8866
Fax Number: 718-956-0218

**UNITED STATES DISTRICT**
**Southern District of New York**

| | |
|---|---|
| UNITED STATES OF AMERICA        Plaintiff, | S1 08 CR. 154(WHP) |
| - against - | **AFFIDAVIT OF ANASTASIOS SARIKAS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| DIANE SCHINDELWIG               Defendant. | |

State of New York  )
                   )  ss:
County of          )

Anastasios Sarikas, being duly sworn, hereby deposes and says as follows:

1. I am a member in good standing of the bar of the **State of New York**, and was admitted to practice law in 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

2. I came to know Theodore A. Barone as a lawyer in a proceeding that began in adversarial fashion but was quickly resolved, in part, due to the efforts of Mr. Barone and the undersigned.

4. Theodore A. Barone is a sole practitioner at Barone Law Offices on 130 Liberty St., Unit 2B, in Brockton, MA 02301.

5. I have found Theodore A Barone to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Criminal Procedure. Mr. Barone's Certificate of Good Standing from the Supreme Judicial Court of the Commonwealth of Massachusetts accompanies this pro hac vice package.

6. Accordingly, I am pleased to move the admission of Theodore A. Barone, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Theodore A. Barone, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Theodore A. Barone, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: April 24th, 2008
City, State: Astoria, NY
Notarized:

Respectfully submitted,

_____
Anastasios Sarikas (AS2631)

UNITED STATES DISTRICT COURT
Southern District of New York

---

| | |
|---|---|
| UNITED STATES OF AMERICA   Plaintiff, | S1 08 CR. 154(WHP) |
| - against- | **ORDER FOR ADMISSION** |
| DIANE SCHINDELWIG           Defendant, | **PRO HAC VICE ON WRITTEN MOTION** |

---

Upon the motion of Theodore A. Barone, attorney for Diane Schindelwig, and said sponsor attorney's affidavit in support;

    Applicant's Name: Theodore A. Barone

    Firm Name: BARONE LAW OFFICES

    Address: 130 Liberty Street, Unit 2B

    City/State/Zip: Brockton, MA  02301

    Phone Number: 508-584-0411

    Fax Number: 508-584-2822

is admitted to practice pro hac vice as counsel for Diane Schindelwig in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for and ECT password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

 

                                              _____
                                              United States District/Magistrate Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **sixteenth** day of **December** A.D. **1981**, said Court being the highest Court of Record in said Commonwealth:

**Theodore A. Barone**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifteenth** day of **April** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116