## Theodore A. Barone, Esq.
## Brian J. Ritucci, Esq.
## BARONE LAW OFFICES
130 Liberty Street, Unit 2B
Brockton, MA 02301

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-27-08

508-584-0411(office)       877-718-4400(toll free)       508-584-2822 (fax)

May 22, 2008

VIA FACSIMILE - (212) 805-6390

Deputy Clerk Josh Kirshner
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

RE: **UNITED STATES V. DIANE SCHINDELWIG**
    S1 08 CR. 154 (WHP)

Dear Mr. Kirshner:

Per our conversation, Theodore A. Barone, Esq. and Paul A. Bogosian, Esq. represent the above-named defendant.

Ms. Schindelwig's matter is scheduled for a conference with the Honorable William H. Pauley, III on Tuesday, May 27, 2008. Mr. Barone and Mr. Bogosion, with the assent of Assistant United States Attorney Brent W. Wible and counsel for co-defendant, Mark Demarco, Esq. are requesting a continuance of the above mentioned matter from May 27, 2008 to Friday, June 13, 2008 due to scheduling conflicts.

All parties consent to the aforementioned date and the defendants have no objection to exclusion of time for speedy trial purposes.

I appreciate your cooperation in this matter and apologize for any inconvenience this may cause. If you have any questions, please do not hesitate to contact this office. I will contact your office tomorrow for status update.

Very truly yours,

Theodore A. Barone (dm)

Theodore A. Barone

TAB/dm

Cc: Paul A. Bogosian, Esq.
    Mark Demarco, Esq.
    Brent S. Wible, Esq.

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED TO JUNE 13, 2008 AT 2:30 IN THE INTERESTS OF JUSTICE.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5-23-08