**UNITED STATES DISTRICT COURT**
**Southern District of New York**

---

UNITED STATES OF AMERICA   Plaintiff,

- against-

DIANE SCHINDELWIG         Defendant,

S1 08 CR. 154(WHP)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

Upon the motion of Paul A. Bogosian, attorney for Diane Schindelwig, and said sponsor attorney's affidavit in support;

   Applicant's Name: Paul A. Bogosian
   Firm Name: Attorney At Law
   Address: 210 Rock Street
   City/State/Zip: Fall River, MA  02720
   Phone Number: 508-837-6791
   Fax Number: 508-837-6792

is admitted to practice pro hac vice as counsel for Diane Schindelwig in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for and ECT password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6-13-08

_____
United States District/~~Magistrate~~ Judge

**UNITED STATES DISTRICT COURT**
**Southern District of New York**

---

UNITED STATES OF AMERICA   Plaintiff,

- against-

DIANE SCHINDELWIG            Defendant,

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

S1 08 CR. 154(WHP)

**ORDER FOR ADMISSION**
**PRO HAC VICE ON WRITTEN**
**MOTION**

Upon the motion of Theodore A. Barone, attorney for Diane Schindelwig, and said sponsor attorney's affidavit in support;

    Applicant's Name: Theodore A. Barone

    Firm Name: BARONE LAW OFFICES

    Address: 130 Liberty Street, Unit 2B

    City/State/Zip: Brockton, MA 02301

    Phone Number: 508-584-0411

    Fax Number: 508-584-2822

is admitted to practice pro hac vice as counsel for Diane Schindelwig in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for and ECT password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6-13-08

                                                                                United States District/~~Magistrate~~ Judge