# Theodore A. Barone, Esq.
# Brian J. Ritucci, Esq.
# *BARONE LAW OFFICES*
130 Liberty Street, Unit 2B
Brockton, MA  02301

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

508-584-0411(office)      877-718-4400(toll free)      508-584-2822 (fax)

July 8, 2008

VIA FACSIMILE - (212) 805-6390

Deputy Clerk Josh Kirshner
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007



**RE:**  **UNITED STATES V. DIANE SCHINDELWIG**
**S1 08 CR. 154 (WHP)**

Dear Mr. Kirshner:

Theodore A. Barone, Esq. and Paul A. Bogosian, Esq. represent the above-named defendant.

Ms. Schindelwig's matter is scheduled for a pre-trial conference with the Honorable William H. Pauley, III on Wednesday, July 16, 2008 at 2:00p.m.. Mr. Barone and Mr. Bogosion, with the assent of Assistant United States Attorney Brent W. Wible and counsel for co-defendant, Mark Demarco, Esq. are requesting a continuance of the above mentioned matter from Wednesday, July 16, 2008 to Monday, August 4, 2008 at 2:00p.m.. Mr. Barone and Mr. Bogosian are unable to secure a hotel room due to the All-Star game being held at Yankee Stadium next week.

All parties consent to the aforementioned date and the defendants have no objection to exclusion of time for speedy trial purposes.

I appreciate your cooperation in this matter and apologize for any inconvenience this may cause. If you have any questions, please do not hesitate to contact this office. I will contact your office tomorrow for a status update.

Very truly yours,

Theodore A. Barone (dm)

Theodore A. Barone

TAB/dm

Cc:     Paul A. Bogosian, Esq.
        Mark Demarco, Esq.
        Brent S. Wible, Esq.

APPLICATION GRANTED. THE CONFERENCE IS
ADJOURNED TO AUGUST 4, 2008 AT 2:00 P.M. IN
**SO ORDERED:**  THE INTERESTS OF JUSTICE.

WILLIAM H. PAULEY III U.S.D.J.
7-10-08